UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
              :

WASHINGTON MORAN,                  :

                Plaintiff,       :

        -v-             :           25 Civ. 8586 (JPC)

                  :

ERY VESSEL LLC,               :           <u>ORDER</u>

                  :

              Defendant.     :

                  :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 16, 2025, Plaintiff Washington Moran served Defendant Ery Vessel LLC with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore January 6, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until two weeks from the date that Plaintiff files on the docket proof that it has served Defendant with this Order.

Plaintiff should serve this Order via email to vessel@hudsonyardsnewyork.com, which is an email address found in the "Contact Us" page of Defendant's website. Plaintiff should also serve this Order on Defendant by personally delivering it to any physical addresses associated with Ery Vessel LLC that are known to Plaintiff. In particular, although Plaintiff's Complaint does not specify any physical address at which Defendant may be found, it does refer to "Defendant's NYC visitor attraction center." Dkt. 1 ¶ 13. Defendant should leave a copy of this Order with a person of suitable age and discretion at the address of such visitor attraction center.

Plaintiff must file proof of service in accordance with this Order no later than February 27, 2026. If Defendant then fails to respond to the Complaint within two weeks of the filing of proof

of service, Plaintiff may seek a Certificate of Default against Defendant.

SO ORDERED.

Dated: January 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge